*Thursday, November 3, 1994*
## MOTION DOCKET

**94–2070.** State v. Girts. *Cuyahoga County,* No. 65750. On motion for bail reduction. Motion denied.

**94–2165.** State v. Combs. *Hamilton County,* No. C–930498. On motion to hold memorandum in abeyance and on motion for order to clerk of court of appeals to transmit record. Motions denied.
MOYER, C.J., and WRIGHT, J., dissent.

**94–2170.** State v. Durr. *Cuyahoga County,* No. 65958. On motion to hold memorandum in abeyance, to order record to be transmitted, and to proceed under S.Ct.Prac.R. VI and IX. Motion denied.
MOYER, C.J., and WRIGHT, J., dissent.

**94–2263.** State v. Bell. *Lake County,* No. 93–L–041. On application for continuation of bond. Motion denied.
MOYER, C.J., and WRIGHT, J., dissent.

## DISCIPLINARY DOCKET

**94–2230.** In re Brown. Pursuant to the provisions of Gov.Bar R. V(5)(A)(3), Perry Lowell Brown of Eaton, Ohio, Attorney Registration No. 0037877, is indefinitely suspended from the practice of law in the state of Ohio.

## MISCELLANEOUS DISMISSALS

**94–1563.** Parrish v. Tracy. Board of Tax Appeals, No. 92–G–1394. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application be, and the same is hereby, granted, effective October 28, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Friday, November 4, 1994*
## MISCELLANEOUS DISMISSALS